UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BYONG SEOL SONG, a.k.a. Byoung Song, a.k.a. Byoung Seoul Song and MI K SONG, <br><br> Petitioners, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 06-73299 <br><br> Agency Nos. A071-790-403 <br> A077-166-787 <br><br><br> ORDER |

Before: SILVERMAN, W. FLETCHER, and MURGUIA, Circuit Judges.

On March 30, 2012, the Board of Immigration Appeals reopened the proceedings in this case as to Mi K Song. Because there is no longer a final order of removal for Ms. Song, we withdraw the memorandum disposition filed on October 6, 2011. A replacement memorandum disposition will be filed concurrently with this order.

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BYONG SEOL SONG, a.k.a. Byoung Song, a.k.a. Byoung Seoul Song; MI K SONG,<br><br>Petitioners,<br><br>v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>Respondent. | No. 06-73299<br><br>Agency Nos. A071-790-403<br>A077-166-787<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 27, 2011[**]

Before: SILVERMAN, W. FLETCHER, and MURGUIA, Circuit Judges.

Byong Seol Song and Mi K Song, natives and citizens of South Korea,

petition for review of the Board of Immigration Appeals' ("BIA") order dismissing

their appeal from an immigration judge's removal order. Our jurisdiction is

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

governed by 8 U.S.C. § 1252. We review for substantial evidence the agency's findings of fact. *Kim v. Holder*, 603 F.3d 1100, 1102 (9th Cir. 2010). We dismiss the petition for review as to Mi K Song, Agency No. A077-166-787. We deny in part and dismiss in part the petition for review as to Byong Seol Song, Agency No. A071-790-403.

On March 30, 2012, the BIA reopened the proceedings in this case as to Mi K Song. We therefore dismiss the petition for review as to Mi K Song because there is no longer a final order for her removal. *See* 8 U.S.C. § 1252(a)(1).

As to Byong Seol Song, substantial evidence supports the agency's finding of removability by clear and convincing evidence. *See id.* at 1103.

Byong Seol Song lacks standing to assert his equal protection contention because he "do[es] not belong to the class of returning [Lawful Permanent Residents] who are allegedly similarly situated to applicants for admission." *Id.* at 1104.

Byong Seol Song's remaining contention is not persuasive.

**As to Mi K Song, Agency No. A077-166-787: PETITION FOR REVIEW DISMISSED.**

**As to Byong Seol Song, Agency No. A071-790-403: PETITION FOR REVIEW DENIED in part; DISMISSED in part.**